UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC DAVIS,

        Plaintiff,

                              Case Number 12-15342
v.                             Honorable Paul D. Borman

JACOB LAW GROUP, LLC.,

        Defendant.
_____/

### ORDER OF DISMISSAL

On May 29, 2013 the parties advised the Court via email that the case had been settled. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS.** Either party may apply to reopen this matter on or before **July 3, 2013** to enforce the terms of the settlement.

_____
PAUL D. BORMAN
United States District Judge

Dated: May 29, 2013

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 29, 2013.

                              s/Deborah R. Tofil
                              Deborah R. Tofil